UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-24841-UU

WINDY LUCIUS,

    Plaintiff,

v.

CLARINS NORTH AMERICA INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff WINDY LUCIUS ("Plaintiff") respectfully submits this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant CLARINS NORTH AMERICA INC. ("Defendant") to resolve the claims against it.

2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a settlement documents with the Court within sixty (60) days.

    Respectfully submitted,

    */s/ J. Courtney Cunningham*
    J. Courtney Cunningham, Esq.
    J. COURTNEY CUNNINGHAM, PLLC
    FBN: 628166
    8950 SW 74th Court, Suite 2201
    Miami, FL 33156
    T:  305-351-2014
    cc@cunninghampllc.com

2

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on December 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                */s/ J. Courtney Cunningham*
                J. Courtney Cunningham, Esq.