UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-24841-UU

WINDY LUCIUS,

    Plaintiff,

v.

CLARINS NORTH AMERICA INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with no responsive pleadings having yet been filed by Defendant CLARINS NORTH AMERICA INC., Plaintiff WINDY LUCIUS hereby gives notice that she voluntarily dismisses all claims against Defendant with prejudice, and requests that this Court terminate the action.

Dated: December 28, 2020	Respectfully submitted,

        */s/ J. Courtney Cunningham*
        J. Courtney Cunningham, Esq.
        J. COURTNEY CUNNINGHAM, PLLC
        FBN: 628166
        8950 SW 74th Court, Suite 2201
        Miami, FL 33156
        T:  305-351-2014
        cc@cunninghampllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

        */s/ J. Courtney Cunningham*
        J. Courtney Cunningham, Esq.